**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Southern District of Florida

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Freeman Mobile Orthodontics PLLC |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | dba Swanky Smiles |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 82-3083631 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1825 NE 45th St. | |
| Number       Street | Number       Street |
| Ste. A | |
| | P.O. Box |
| Ft. Lauderdale       FL    33308 | |
| City                State   ZIP Code | City                State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Broward County | |
| County | Number       Street |
| | |
| | City                State   ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding  LLP)
- ☐ Other. Specify: _____

| Debtor | Freeman Mobile Orthodontics PLLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

6212____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When ____/____/_____ Case number _____
　　　　　　　　　　　　　　　　　　　 MM / DD / YYYY

　　　District _____ When ____/____/_____ Case number _____
　　　　　　　　　　　　　　　　　　　 MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor Freeman Holdings, LLC　　　Relationship Affiliate

　　　District Southern District of Florida　　　When ____/____/_____
　　　　　　　　　　　　　　　　　　　　　　　　　　 MM / DD / YYYY

　　　Case number, if known _____

| Debtor | Freeman Mobile Orthodontics PLLC | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number         Street

_____

_____
City                                    State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Freeman Mobile Orthodontics PLLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/17/2020
MM / DD / YYYY

✘ /s/ Christopher Freeman
Signature of authorized representative of debtor

Christopher Freeman
Printed name

Title MGRM

**18. Signature of attorney**

✘ /s/ Aaron Wernick
Signature of attorney for debtor

Date  05/17/2020
MM / DD / YYYY

Aaron Wernick
Printed name

Wernick Law, PLLC
Firm name

2255 Glades Road Suite 324A
Number        Street

Boca Raton
City

FL
State

33431
ZIP Code

561-961-0922
Contact phone

awernick@wernicklaw.com
Email address

14059
Bar number

FL
State

Freeman Mobile Orthodontics PLLC

Debtor _____    Case number *(if known)*_____
First Name      Middle Name          Last Name

## Continuation Sheet for Official Form 201

**10) Pending Bankruptcies**

| | |
|---|---|
| **Freeman Holdings II, LLC** | **Southern District of Florida** |
| **FWP Realty Holdings, LLC** | **Southern District of Florida** |
| **Interstellar Disruption, LLC dba Swanky Smiles** | **Southern District of Florida** |
| **Freeman Orthodontics, PA** | **Southern District of Florida** |
| **Christopher Freeman** | **Southern District of Florida** |

**Fill in this information to identify the case:**

Debtor name _____ Freeman Mobile Orthodontics PLLC _____

United States Bankruptcy Court for the: _Southern District of Florida_

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Align Technology 2820 Orchard Pkwy. San Jose, CA, 95134 | | Suppliers or Vendors | Disputed Unliquidated | | | 2,353,305.00 |
| 2 | Henry Schein DBA OrthoOrganizers 520 S Rock Blvd. Reno, NV, 89502 | | | Disputed | | | 27,004.25 |
| 3 | Henry Schein DBA OrthoOrganizers 520 S Rock Blvd. Reno, NV, 89502 | | | Disputed | | | 26,419.05 |
| 4 | ADP, LLC 1851 N Resler Dr., MS-100 El Paso, TX, 79912 | | Services | | | | 102.24 |
| 5 | ADP, LLC 1851 N Resler Dr., MS-100 El Paso, TX, 79912 | | Services | | | | 14.01 |
| 6 | Frost, PLLC 4375 N. Vantage Dr. Ste. 403 Little Rock, AR, 72203 | | Services | | | | 0.00 |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor    Freeman Mobile Orthodontics PLLC
_____
Name

Case number (if known)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**Fill in this information to identify the case:**

Debtor name ___Freeman Mobile Orthodontics PLLC___

United States Bankruptcy Court for the: ___Southern District of Florida___

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name
Arvest Bank

Describe debtor's property that is subject to a lien
various equipment

$ 2,900,000.00     $ Undetermined

Creditor's mailing address
201 W Walnut St.
PO Box 940, Rogers, AR 72756

Creditor's email address, if known
_____

Describe the lien
UCC-1 equipment liens

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred   1/31/2019
Last 4 digits of account number   2537

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**2.2** Creditor's name
Woodforest National Bank

Describe debtor's property that is subject to a lien
blanket lien

$6,865,082.99     $Undetermined

Creditor's mailing address
25231 Grogan's Mill Rd.
Ste. 450, The Woodlands, TX 77380

Creditor's email address, if known
_____

Describe the lien
UCC-1

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred   5/2/2018
Last 4 digits of account number   _____

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $ 9,765,082.99

| Debtor | Freeman Mobile Orthodontics PLLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**Part 2:**  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Manuel Farach, Esq.<br>McGlinchey Stafford<br>1 E Broward Blvd., Ste. 1400<br>Ft. Lauderdale, FL, 33301 | Line 2. 2 | _____ |
| Williams Law Firm of Arkansas<br>100 W Main St.<br>Gentry, AR, 72734 | Line 2. 1 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor          Freeman Mobile Orthodontics PLLC

United States Bankruptcy Court for the:    Southern District of Florida

Case number
(if known)    _____

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Broward County Tax Collector
115 S Andrews Avenue
Room 114
Ft Lauderdale, FL, 33301-1873

As of the petition filing date, the claim is:    $ 0.00            $
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

---

**2.2** Priority creditor's name and mailing address
Internal Revenue Service
PO Box 21126
Philadelphia, PA, 19114

As of the petition filing date, the claim is:    $ 0.00            $
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

---

**2.3** Priority creditor's name and mailing address
Internal Revenue Service, Insolvency Unit
7850 SW 6th Court, Mail Stop 5730
Fort Lauderdale, FL, 33324

As of the petition filing date, the claim is:    $ 0.00            $
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

Debtor    Freeman Mobile Orthodontics PLLC                    Case number (if known)_____
                Name

## Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.** 4    Priority creditor's name and mailing address                                        $ 0.00        $ _____

State of Florida, Dept. of Revenue
Bankruptcy Section
PO Box 6668
Tallahassee, FL, 32314-6668

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.** ___    Priority creditor's name and mailing address                                        $ _____        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.** ___    Priority creditor's name and mailing address                                        $ _____        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.** ___    Priority creditor's name and mailing address                                        $ _____        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Freeman Mobile Orthodontics PLLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address
ADP, LLC
1851 N Resler Dr., MS-100
El Paso, TX, 79912

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 14.01

Date or dates debt was incurred  2/7/20
Last 4 digits of account number  7392W

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address
ADP, LLC
1851 N Resler Dr., MS-100
El Paso, TX, 79912

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 102.24

Date or dates debt was incurred  2/27/20
Last 4 digits of account number  7392V

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address
Align Technology
2820 Orchard Pkwy.
San Jose, CA, 95134

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Suppliers or Vendors

$ 2,353,305.00

Date or dates debt was incurred  4/15/19
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address
Frost, PLLC
4375 N. Vantage Dr.
Ste. 403
Little Rock, AR, 72203

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ Unknown

Date or dates debt was incurred  _____
Last 4 digits of account number  3002

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address
Henry Schein DBA OrthoOrganizers
520 S Rock Blvd.
Reno, NV, 89502

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

$ 27,004.25

Date or dates debt was incurred  4/30/19
Last 4 digits of account number  7883

Is the claim subject to offset?
☑ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address
Henry Schein DBA OrthoOrganizers
520 S Rock Blvd.
Reno, NV, 89502

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

$ 26,419.05

Date or dates debt was incurred  4/30/19
Last 4 digits of account number  7690

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  Freeman Mobile Orthodontics PLLC
        Name                                              Case number *(if known)*_____

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  | | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ 2,406,844.55 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,406,844.55 |

**Fill in this information to identify the case:**

Debtor name ___Freeman Mobile Orthodontics PLLC___

United States Bankruptcy Court for the: ___Southern District of Florida___

Case number (If known): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases           12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Verizon Wireless | Verizon Corporate Headquarters<br>140 West St.<br>New York, NY, 10007-0000 |
| | State the term remaining | 24 months | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Office lease<br>Lessee | Freeman Holdings II, LLC<br>1825 NE 45th St.<br>Ste. B<br>Ft. Lauderdale, FL, 33308 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name ___Freeman Mobile Orthodontics PLLC___

United States Bankruptcy Court for the: ___Southern District of Florida___

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Christopher Freeman | Christopher Freeman 5201 NE 31st Ave. Fort Lauderdale, FL 33308 | Woodforest National Bank | ☑ D ☐ E/F ☐ G |
| 2.2 Interstellar Disruption | Interstellar Disruption, LLC 1825 NE 45th St. Suite A Fort Lauderdale, FL 33308 | Arvest Bank | ☑ D ☐ E/F ☐ G |
| 2.3 Christopher Freeman | Christopher Freeman 5201 NE 31st Ave. Fort Lauderdale, FL 33308 | Arvest Bank | ☑ D ☐ E/F ☐ G |
| 2.4 Jeff Wilson | Jeff Wilson 3318 N Clay St. Denver, CO 80211 | Arvest Bank | ☑ D ☐ E/F ☐ G |
| 2.5 Wayne Pearson | Wayne Pearson 19586 David Ford Rd. Springdale, AR 72764 | Arvest Bank | ☑ D ☐ E/F ☐ G |
| 2.6 Interstellar Disruption | Interstellar Disruption, LLC 1825 NE 45th St. Suite A Fort Lauderdale, FL 33308 | Woodforest National Bank | ☑ D ☐ E/F ☐ G |

Debtor    Freeman Mobile Orthodontics PLLC
          _____
          Name

Case number (if known)_____

| | | |
|---|---|---|

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 Wayne Pearson | Wayne Pearson 19586 David Ford Rd. Springdale, AR 72764 | Woodforest National Bank | ☑ D ☐ E/F ☐ G |
| 2.8 Jeff Wilson | Jeff Wilson 3318 N Clay St. Denver, CO 80211 | Woodforest National Bank | ☑ D ☐ E/F ☐ G |
| 2.9 Freeman Orthodon | Freeman Orthodontics, P.A. 1825 NE 45th Street Suite B Fort Lauderdale, FL 33308 | Arvest Bank | ☑ D ☐ E/F ☐ G |
| 2.10 Freeman Orthodon | Freeman Orthodontics, P.A. 1825 NE 45th Street Suite B Fort Lauderdale, FL 33308 | Woodforest National Bank | ☑ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name ___Freeman Mobile Orthodontics PLLC___

United States Bankruptcy Court for the: ___Southern District of Florida___

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___05/17/2020___          ✘ /s/ Christopher Freeman _____
        MM / DD / YYYY          Signature of individual signing on behalf of debtor

                              Christopher Freeman _____
                              Printed name

                              MGRM _____
                              Position or relationship to debtor

United States Bankruptcy Court

Southern District of Florida

In re: Freeman Mobile Orthodontics PLLC

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____05/17/2020_____

/s/ Christopher Freeman
_____
Signature of Individual signing on behalf of debtor

MGRM
_____
Position or relationship to debtor

ADP, LLC
1851 N Resler Dr., MS-100
El Paso, TX 79912


Align Technology
2820 Orchard Pkwy.
San Jose, CA 95134


Arvest Bank
201 W Walnut St.
PO Box 940
Rogers, AR 72756


Broward County Tax Collector
115 S Andrews Avenue
Room 114
Ft Lauderdale, FL 33301-1873


Christopher Freeman
5201 NE 31st Ave.
Fort Lauderdale, FL 33308


Frost, PLLC
4375 N. Vantage Dr.
Ste. 403
Little Rock, AR 72203


Henry Schein DBA OrthoOrganizers
520 S Rock Blvd.
Reno, NV 89502


Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114


Internal Revenue Service, Insolvency Unit
7850 SW 6th Court, Mail Stop 5730
Fort Lauderdale, FL 33324


Jeff Wilson
3318 N Clay St.
Denver, CO 80211


Manuel Farach, Esq.
McGlinchey Stafford
1 E Broward Blvd., Ste. 1400
Ft. Lauderdale, FL 33301


State of Florida, Dept. of Revenue
Bankruptcy Section
PO Box 6668
Tallahassee, FL 32314-6668

**Verizon Corporate Headquarters**
**140 West St.**
**New York, NY 10007-0000**


**Wayne Pearson**
**19586 David Ford Rd.**
**Springdale, AR 72764**


**Williams Law Firm of Arkansas**
**100 W Main St.**
**Gentry, AR 72734**


**Woodforest National Bank**
**25231 Grogan's Mill Rd.**
**Ste. 450**
**The Woodlands, TX 77380**

# United States Bankruptcy Court

Southern District of Florida

**In re** Freeman Mobile Orthodontics PLLC

Case No. _____

**Debtor**

Chapter <u>11</u>

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ <u>FLAT FEE</u>

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ <u>RETAINER</u>

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $<u>12,500.00</u>

The undersigned shall bill against the retainer at an hourly rate of  . . . . . . . . . . $<u>475.00</u>

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor            ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

05/17/2020

*Date*

/s/ Aaron Wernick, 14059

*Signature of Attorney*

Wernick Law, PLLC

*Name of law firm*

2255 Glades Road
Suite 324A
Boca Raton, FL 33431
561-961-0922
awernick@wernicklaw.com