**Fill in this information to identify the case:**

Debtor name  Freeman Mobile Orthodontics PLLC

United States Bankruptcy Court for the:  Southern District of Florida

Case number (If known):  0:20-bk-15408-SMG

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1:  List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**

Creditor's name
Arvest Bank

Describe debtor's property that is subject to a lien
2018 Ford F59 xxx22845

$ Unknown   $ 15,000.00

Creditor's mailing address
201 W Walnut St
PO Box 940, Rogers, AR 72756

Creditor's email address, if known

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred

Last 4 digits of account number

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

Creditor's name
Arvest Bank

Describe debtor's property that is subject to a lien
2017 Mercedes Benz Sprinter Van xxx64222

$ Unknown   $20,000.00

Creditor's mailing address
201 W Walnut St
PO Box 940, Rogers, AR 72756

Creditor's email address, if known

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred

Last 4 digits of account number

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $ 6,865,082.99

| Debtor | Freeman Mobile Orthodontics PLLC | Case number (if known) | 0:20-bk-15408-SMG |
|---|---|---|---|
| | Name | | |

# Part 1:    Additional Page

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3  Creditor's name**
Arvest Bank

_____

**Creditor's mailing address**

201 W Walnut St
PO Box 940, Rogers, AR 72756

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

      [ _____ ]

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2017 Mercedes Benz Sprinter Van
xxx64224

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown          $ 20,000.00

---

**2.4  Creditor's name**
Arvest Bank

_____

**Creditor's mailing address**

201 W Walnut St
PO Box 940, Rogers, AR 72756

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

      [ _____ ]

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2017 Chevrolet Spark LS CVT
xxxxxxxx31926

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $ 5,500.00

---

| Debtor | Freeman Mobile Orthodontics PLLC | Case number *(if known)* | 0:20-bk-15408-SMG |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** **Creditor's name**
See Attached Schedule D: Part 1

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ____2537_____

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

          ┌──────────────────────────┐
          └──────────────────────────┘

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

See also Sched AB Pt 7 Q 41 Attachment (scanning equipment in relation to dental services, lights, chairs, trays, exam machines, tools, computer equipment, printers)

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$Undetermined          $ 1,000.00

---

**2.6** **Creditor's name**
Woodforest National Bank

_____

**Creditor's mailing address**

25231 Grogan's Mill Rd.
Ste. 450, The Woodlands, TX 77380

**Creditor's email address, if known**

_____

**Date debt was incurred** ___5/2/2018____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

          ┌──────────────────────────┐
          └──────────────────────────┘

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Receivables

**Describe the lien**

UCC-1

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

$ 6,865,082.99          $ 5,575,000.00

---

| Debtor | Freeman Mobile Orthodontics PLLC | Case number *(if known)* | 0:20-bk-15408-SMG |
|--------|----------------------------------|--------------------------|-------------------|
|        | Name                             |                          |                   |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-------------------------------------------------------------|-------------------------------------------------|
|                  | Line 2. ___                                                 | _____                               |
|                  | Line 2. ___                                                 | _____                               |
|                  | Line 2. ___                                                 | _____                               |
|                  | Line 2. ___                                                 | _____                               |
|                  | Line 2. ___                                                 | _____                               |
|                  | Line 2. ___                                                 | _____                               |
|                  | Line 2. ___                                                 | _____                               |
|                  | Line 2. ___                                                 | _____                               |
|                  | Line 2. ___                                                 | _____                               |
|                  | Line 2. ___                                                 | _____                               |
|                  | Line 2. ___                                                 | _____                               |
|                  | Line 2. ___                                                 | _____                               |
|                  | Line 2. ___                                                 | _____                               |
|                  | Line 2. ___                                                 | _____                               |

**FMO – Office Equipment**
**Schedule D, Part 1**

| Description, S/N | Quantity | Total | Lien 1 | Lien 1 Date | Lien 2 | Lien 2 Date |
|---|---|---|---|---|---|---|
| 2018 Itero Element Flex Scanner, WOA2018W27A010 | 1 | $00.00 | Arvest | 6/18/2019 | | |
| 2018 Itero Element Flex Scanner, WOA2018W27A012 | 1 | $00.00 | Arvest | 6/18/2019 | | |
| 2018 Itero Element Flex Scanner, WOA2018W27A021 | 1 | $00.00 | Arvest | 6/18/2019 | | |
| 2018 Itero Element Flex Scanner, WOA2018W27A082 | 1 | $00.00 | Arvest | 6/18/2019 | | |
| 2018 Itero Element Flex Scanner, WOA2018W27A085 | 1 | $00.00 | Arvest | 6/18/2019 | | |
| 2018 Itero Element Flex Scanner, WOA2018W33A029 | 1 | $00.00 | Arvest | 6/18/2019 | | |
| 2018 Itero Element Flex Scanner, WOA2018W33A033 | 1 | $00.00 | Arvest | 6/18/2019 | | |
| 2018 Itero Element Flex Scanner, WOA2018W33A035 | 1 | $00.00 | Arvest | 6/18/2019 | | |
| 2018 Itero Element Flex Scanner, WOA2018W33A042 | 1 | $00.00 | Arvest | 6/18/2019 | | |
| 2018 Itero Element Flex Scanner, WOA2018W33A043 | 1 | $00.00 | Arvest | 6/18/2019 | | |
| 2018 Itero Element Flex Scanner LAPTOP, WOA2018W21A057 | 1 | $00.00 | Arvest | 6/18/2019 | | |
| 2018 Itero Element Flex Scanner LAPTOP, WOA2018W21A068 | 1 | $00.00 | Arvest | 6/18/2019 | | |
| iTero Element Flex Scanner, WOA2018W21A046 | 1 | $00.00 | Arvest | 6/18/2019 | | |
| iTero Element Flex Scanner, WOA2018W21A053 | 1 | $00.00 | Arvest | 6/18/2019 | | |
| iTero Element Flex Scanner, WOA2018W23A053 | 1 | $00.00 | Arvest | 6/18/2019 | | |
| iTero Element Flex Scanner, WOA2018W23A070 | 1 | $00.00 | Arvest | 6/18/2019 | | |
| iTero Element Flex Scanner, WOA2018W23A077 | 1 | $00.00 | Arvest | 6/18/2019 | | |
| iTero Element Flex Scanner LAPTOP, WOA2018W21A049 | 1 | $00.00 | Arvest | 6/18/2019 | | |
| iTero Element Flex Scanner LAPTOP, WOA2018W21A050 | 1 | $00.00 | Arvest | 6/18/2019 | | |
| iTero Element Flex Scanner LAPTOP, WOA2018W21A054 | 1 | $00.00 | Arvest | 6/18/2019 | | |
| iTero Element Flex Scanner LAPTOP, WOA2018W21A067 | 1 | $00.00 | Arvest | 6/18/2019 | | |
| iTero Element Flex Scanner LAPTOP, WOA2018W23A052 | 1 | $00.00 | Arvest | 6/18/2019 | | |
| iTero Element Flex Scanner LAPTOP, WOA2018W23A058 | 1 | $00.00 | Arvest | 6/18/2019 | | |
| iTero Element Flex Scanner LAPTOP, WOA2018W23A059 | 1 | $00.00 | Arvest | 6/18/2019 | | |

**FMO – Office Equipment**
**Schedule D, Part 1**

| Description, S/N | Quantity | Total | Lien 1 | Lien 1 Date | Lien 2 | Lien 2 Date |
|---|---|---|---|---|---|---|
| iTero Element Flex Scanner LAPTOP, WOA2018W23A062 | 1 | $00.00 | Arvest | 6/18/2019 | | |
| iTero Element Flex Scanner LAPTOP, WOA2018W23A072 | 1 | $00.00 | Arvest | 6/18/2019 | | |
| iTero Element Flex Scanner LAPTOP, WOA2018W23A073 | 1 | $00.00 | Arvest | 6/18/2019 | | |
| iTero Element Flex Scanner LAPTOP, WOA2018W23A074 | 1 | $00.00 | Arvest | 6/18/2019 | | |
| iTero Element Flex Scanner LAPTOP, WOA2018W23A094 | 1 | $00.00 | Arvest | 6/18/2019 | | |
| iTero Element Flex Scanner LAPTOP, WOA2018W23A095 | 1 | $00.00 | Arvest | 6/18/2019 | | |
| iTero Element Flex Scanner LAPTOP, WOA2018W23A108 | 1 | $00.00 | Arvest | 6/18/2019 | | |
| iTero Element Flex Scanner LAPTOP, WOA2018W23A119 | 1 | $00.00 | n/a | n/a | | |
| iTero Element Flex Scanner LAPTOP, WOA2018W23A111 | 1 | $00.00 | Arvest | 6/18/2019 | | |
| Itero element 2 scanner & wheel stand/access (in box), 2920180338 | 1 | $00.00 | n/a | n/a | | |
| Itero element 2 scanner & wheel stand/access (in box), 2920180341 | 1 | $00.00 | n/a | n/a | | |
| Itero element 2 stand only (no scanner monitor), 292018034 | 1 | $500.00 | n/a | n/a | | |
| Itero Element Flex Scanner LAPTOP, WOA2018W21A066 | 1 | $00.00 | Arvest | 6/18/2019 | | |
| iTero Element Inter-Oral Scanner w/wand attachment, RTC2018W09A11043186 | 1 | $00.00 | Arvest | 6/18/2019 | | |
| Itero Element Scanner *unopened* wheel stand/acces, Ref # 200391 | 1 | $00.00 | n/a | n/a | | |
| Itero Element stand only (no scanner monitor), 152017136 | 1 | $500.00 | n/a | n/a | | |
| Gray Travelling Itero Element Scanner, RTC2017W43A123 | 1 | $00.00 | n/a | n/a | | |
| | | | | | | |
| *TOTAL* | | *$1,000.00* | | | | |

2

**Fill in this information to identify the case:**

Debtor    Freeman Mobile Orthodontics PLLC

United States Bankruptcy Court for the:   Southern District of Florida

Case number   0:20-bk-15408-SMG
(If known)

☒ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>Broward County Tax Collector<br>115 S Andrews Avenue<br>Room 114<br>Ft Lauderdale, FL, 33301-1873 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 0.00 | $ |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Taxes & Other Government Units | | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | | | |
| **2.2** | **Priority creditor's name and mailing address**<br>Comptroller of Public Accounts<br>Franchise Tax Section<br>P.O.Box 149348<br>Austin, TX, 78714-9348 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ Unknown | $ |
| | **Date or dates debt was incurred**<br>2019 | **Basis for the claim:**<br>Taxes & Other Government Units | | |
| | **Last 4 digits of account number** 0005 | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | | | |
| **2.3** | **Priority creditor's name and mailing address**<br>Department of Revenue, Franchise Tax<br>P.O.Box 23191<br>Jackson, MS, 39225 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ Unknown | $ |
| | **Date or dates debt was incurred**<br>2018, 2019 | **Basis for the claim:**<br>Taxes & Other Government Units | | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | | | |

Debtor    Freeman Mobile Orthodontics PLLC
_____
Name

Case number *(if known)*  0-20-bk-15408-SMG

| **Part 1.** | **Additional Page** |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.4** **Priority creditor's name and mailing address**
Dept of the Treasury
Division of Taxation/Corp Tax
PO Box 269
Trenton, NJ, 08695-0269

$ Unknown     $ _____

**Date or dates debt was incurred**
2109

**Last 4 digits of account number** /000

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.5** **Priority creditor's name and mailing address**
Div of Taxation, Revenue Processing Center
New Jersey Use Tax
P.O.Box 999
Trenton, NJ, 08646-0999

$ Unknown     $ _____

**Date or dates debt was incurred**
2019

**Last 4 digits of account number** 1700

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.6** **Priority creditor's name and mailing address**
Division of Corporations & Commercial Code
Dept of Commerce
PO Box 146705
Salt Lake City, UT, 84114-6705

$ Unknown     $ _____

**Date or dates debt was incurred**
2019

**Last 4 digits of account number** 0143

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.7** **Priority creditor's name and mailing address**
Florida Department of Revenue
Coral Springs Service Center
3301 N University Dr., Suite A
Coral Springs, FL, 33065-4149

$ Unknown     $ _____

**Date or dates debt was incurred**
2019, 2020

**Last 4 digits of account number** 1230

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   Freeman Mobile Orthodontics PLLC
         _____
         Name

Case number *(if known)*  0:20-bk-15408-SMG

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.8** **Priority creditor's name and mailing address**
Harris County Tax Assessor-Collector
(Property/County Tax)
P.O.Box 4622
Houston, TX, 77210-4622

$ Unknown                 $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2109, 2020

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**  7543

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (** 8 **)**

---

**2.9** **Priority creditor's name and mailing address**
Internal Revenue Service
PO Box 21126
Philadelphia, PA, 19114

$ 0.00                 $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (** 8 **)**

---

**2.10** **Priority creditor's name and mailing address**
Internal Revenue Service, Insolvency Unit
7850 SW 6th Court, Mail Stop 5730
Fort Lauderdale, FL, 33324

$ 0.00                 $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (** 8 **)**

---

**2.11** **Priority creditor's name and mailing address**
Kentcky Dept of Revenue
Kentucky State Treasurer
P.O.Box 856905
Louisville, KY, 40285-6905

$ Unknown                 $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2019

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (** 8 **)**

---

| Debtor | Freeman Mobile Orthodontics PLLC | Case number *(if known)* 0:20-bk-15408-SMG |
|---|---|---|
| | Name | |

## Part 1.    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2. 12  Priority creditor's name and mailing address**

Massachusets Dept. of Revenue
P.O.Box 7025

Boston, MA, 02204

$ <u>Unknown</u>    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
2018, 2019

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**    0208

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_8_ )**

---

**2. 13  Priority creditor's name and mailing address**

Massachusets Dept. of Revenue
P.O.Box 7025

Boston, MA, 2204

$ <u>Unknown</u>    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2019

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**    0208

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_8_ )**

---

**2. 14  Priority creditor's name and mailing address**

Missouri Dept. of Revenue
P.O. Box 700

Jefferson, MO, 65105-0700

$ <u>Unknown</u>    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2019

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_8_ )**

---

**2. 15  Priority creditor's name and mailing address**

OK State Dept of Health
Consumer Protection
P.O.Box 268815
Oklahoma City, OK, 73126-8815

$ <u>Unknown</u>    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2019

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**    0081

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_8_ )**

| Debtor | Freeman Mobile Orthodontics PLLC | Case number *(if known)* 0:20-bk-15408-SMG |
|---|---|---|
| | Name | |

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2. 16  Priority creditor's name and mailing address**

Oklahoma Tax Commission
Franchise Tax
P.O.Box 26800
Oklahoma City, OK, 73126-0800

$ Unknown      $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2019

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2. 17  Priority creditor's name and mailing address**

State of California
Franchise Tax Board
P.O.Box 942857
Sacramento, CA, 94257-0511

$ Unknown      $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2019

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2. 18  Priority creditor's name and mailing address**

State of Florida, Dept. of Revenue
Bankruptcy Section
PO Box 6668
Tallahassee, FL, 32314-6668

$ 0.00      $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2. 19  Priority creditor's name and mailing address**

TN Dept of Revenue
500 Deaderick St

Nashville, TN, 37242

$ Unknown      $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number    3215**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

| Debtor | Freeman Mobile Orthodontics PLLC | Case number *(if known)* 0:20-bk-15408-SMG |
|---|---|---|
| | Name | |

## Part 1. | Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.20 Priority creditor's name and mailing address**
Tax Dept, TX Workforce Commission
1359 Lomaland Dr
Ste 301
El Paso, TX, 79935-5201

$ Unknown        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2019

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** 26-4

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.___ Priority creditor's name and mailing address**

$ _____        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.___ Priority creditor's name and mailing address**

$ _____        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.___ Priority creditor's name and mailing address**

$ _____        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

| Debtor | Freeman Mobile Orthodontics PLLC | Case number *(if known)* 0:20-bk-15408-SMG |
|---|---|---|
| | Name | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
ADP, LLC
1851 N Resler Dr., MS-100

El Paso, TX, 79912

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**     Services

$ 14.01

| Date or dates debt was incurred | 2/7/20 |
|---|---|
| Last 4 digits of account number | 7392W |

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
ADP, LLC
1851 N Resler Dr., MS-100

El Paso, TX, 79912

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**     Services

$ 102.24

| Date or dates debt was incurred | 2/27/20 |
|---|---|
| Last 4 digits of account number | 7392V |

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
Align Technology
2820 Orchard Pkwy.

San Jose, CA, 95134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**     Suppliers or Vendors

$ 2,353,305.00

| Date or dates debt was incurred | 4/15/19 |
|---|---|
| Last 4 digits of account number | |

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
Henry Schein DBA OrthoOrganizers
520 S Rock Blvd.

Reno, NV, 89502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

$ 27,004.25

| Date or dates debt was incurred | 4/30/19 |
|---|---|
| Last 4 digits of account number | 7883 |

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
Henry Schein DBA OrthoOrganizers
520 S Rock Blvd.

Reno, NV, 89502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

$ 26,419.05

| Date or dates debt was incurred | 4/30/19 |
|---|---|
| Last 4 digits of account number | 7690 |

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$

| Date or dates debt was incurred | |
|---|---|
| Last 4 digits of account number | |

**Is the claim subject to offset?**
☐ No
☐ Yes

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   Freeman Mobile Orthodontics PLLC                               Case number *(if known)*  0:20-bk-15408-SMG
         _____                       _____
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 2,406,844.55 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,406,844.55 |

| Fill in this information to identify the case: |
|---|
| Debtor name    Freeman Mobile Orthodontics PLLC |
| United States Bankruptcy Court for the:    Southern District of Florida |
| Case number (If known):    0:20-bk-15408-SMG |

☒ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 Christopher Freeman | Christopher Freeman<br>5201 NE 31st Ave.<br>Fort Lauderdale, FL 33308 | Woodforest National Bank | ☒ D<br>☐ E/F<br>☐ G |
| 2.2 <br><br>Interstellar Disruption | Interstellar Disruption, LLC<br>1825 NE 45th St.<br>Suite A<br>Fort Lauderdale, FL 33308 | Woodforest National Bank | ☒ D<br>☐ E/F<br>☐ G |
| 2.3 <br><br>Wayne Pearson | Wayne Pearson<br>19586 David Ford Rd.<br>Springdale, AR 72764 | Woodforest National Bank | ☒ D<br>☐ E/F<br>☐ G |
| 2.4 <br><br>Jeff Wilson | Jeff Wilson<br>14385 Foothill Rd.<br>Golden, CO 80401 | Woodforest National Bank | ☒ D<br>☐ E/F<br>☐ G |
| 2.5 <br><br>Freeman Orthodontic | Freeman Orthodontics, P.A.<br>1825 NE 45th Street<br>Suite B<br>Fort Lauderdale, FL 33308 | Woodforest National Bank | ☒ D<br>☐ E/F<br>☐ G |
| 2.6 <br><br>Wayne Pearson | Wayne Pearson<br>19586 David Ford Rd.<br>Springdale, AR 72764 | Arvest Bank | ☒ D<br>☐ E/F<br>☐ G |

| Debtor | Freeman Mobile Orthodontics PLLC | Case number (if known) | 0:20-bk-15408-SMG |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | Mailing address | **Name** | Check all schedules that apply: |
| 2.7 | Jeff Wilson | Jeff Wilson<br>14385 Foothill Rd.<br>Golden, CO 80401 | Arvest Bank | ☑ D.<br>☐ E/F<br>☐ G |
| 2.8 | Christopher Freem | Christopher Freeman<br>5201 NE 31st Ave.<br>Fort Lauderdale, FL 33308 | Arvest Bank | ☑ D.<br>☐ E/F<br>☐ G |
| 2.___ | _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |